# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

TORONDA A. GABLE

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:09mj182

Waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 324.022(1) and 18 U.S.C. §§ 7 & 13 | Driving a motor vehicle without insurance | 3/20/09 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than June 17, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 200.00 | $ 0.00 |

Date of Imposition of Sentence - 5/20/09

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 6-2-2009